WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MARK C. BUDDE, JR.,**                             Case No. 3:11-cv-657-HA

    Plaintiff,

vs.                                                                   ORDER

**COMMISSIONER of Social Security,**

    Defendant.

_____

    Attorneys' fees in the amount of $35,700.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fee previously received by the attorney, and to send to Plaintiff's attorney at his current address shown above the balance of **$29,146.91**, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

    DATED this **27** day of April, 2015.

                                                   _/s/ Marco Hernandez_
                                                   MARCO A. HERNANDEZ
                                                   United States District Court Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1